FILED

JAN 18 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

|  |  |
|---|---|
| MUSTAFA TARIN, | Case No. SACV 12-1201-JSL (MLG) |
|         Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|         v. |  |
| CONNIE GIPSON, Warden, |  |
|         Respondent. |  |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. No objections were filed in the time allowed. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: Jan. 18, 2013

Spencer Letts

_____
J. Spencer Letts
United States District Judge