FILED

JAN 1 8 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                              DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MUSTAFA TARIN,<br><br>      Petitioner,<br><br>      v.<br><br>CONNIE GIPSON, Warden,<br><br>      Respondent. | Case No. SACV 12-1201-JSL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: Jan 18, 2013

*Spencer Letts*

J. Spencer Letts
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY