JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MUSTAFA TARIN,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>CONNIE GIPSON, Warden,<br><br>　　　　Respondent. | Case No. SACV 12-1201-JSL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: Jan 18, 2013

*Spencer Letts*

J. Spencer Letts
United States District Judge